**Oleta M. CARTER, Appellant,**

v.

**Mona K. DAVIS; Kimberly Schwartz; Arkansas Department of Human Services, Appellees.**

No. 02–1868.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 2, 2002.

Filed Aug. 15, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Oleta Carter appeals from the district court's[1] adverse grant of summary judgment in her employment-discrimination lawsuit. Upon de novo review, *see Helfter v. United Parcel Serv.*, 115 F.3d 613, 615 (8th Cir.1997), we affirm for the reasons stated by the district court, and deny her request for a transcript, *see* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.